USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __11/7/2023__

Request GRANTED. Defendants' Motion to seal the unredacted Memorandum of Law in Support of Defendants' Motion to Dismiss (Dkt. No. 64) is hereby **GRANTED**.

**SO ORDERED.**

7 November 2023

DATE — VICTOR MARRERO, U.S.D.J.

November 6, 2023

<u>VIA ECF</u>

Honorable Victor Marrero
United States District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007
Email:  ChambersNYSDMarrero@nysd.uscourts.gov

      Re:    *Ohio Carpenters' Pension Fund, et al. v. Deutsche Bank, et al.,* No. 1:22-cv-10462 (S.D.N.Y.) ("*Ohio Carpenters*")

Dear Judge Marrero:

    We represent Defendants Coöperatieve Rabobank U.A., Rabo Securities USA, Inc., Deutsche Bank AG, and Deutsche Bank Securities, Inc. in the above-captioned action.

    Pursuant to Rule II.H of Your Honor's Individual Practices, we respectfully request leave to file under seal Defendants' Motion to Dismiss. The Motion to Dismiss has been filed electronically under seal with highlighted proposed redactions, and a redacted version of the Motion to Dismiss has been filed on the public docket.

    The basis for this request to seal is that the Motion to Dismiss quotes and discusses portions of Plaintiffs' Second Amended Complaint that Plaintiffs have filed under seal with the Court's approval.  *See* ECF No. 60.

    We are available to discuss these matters at the Court's convenience.

Respectfully submitted,

| | |
|---|---|
| /s/ *David R. Gelfand* | /s/ *John F. Terzaken* |
| David R. Gelfand | John F. Terzaken |
| Andrew B. Lichtenberg | SIMPSON THACHER & BARTLETT LLP |
| MILBANK LLP | 900 G Street, NW |
| 55 Hudson Yards | Washington, DC 20001 |
| New York, New York 10001 | Telephone: (202) 636-5500 |
| (212) 530-5000 | Facsimile: (202) 636-5502 |
| dgelfand@milbank.com | john.terzaken@stblaw.com |
| alichtenberg@milbank.com | |
| | Joshua H. Hazan |
| *Attorneys for Coöperatieve Rabobank U.A. and Rabo Securities USA, Inc.* | SIMPSON THACHER & BARTLETT LLP |
| | 425 Lexington Avenue |
| | New York, NY, 10017 |
| | Telephone: (212) 455-2000 |
| | Facsimile: (212) 455-2502 |
| | Joshua.Hazan@stblaw.com |
| | *Attorneys for Deutsche Bank AG and Deutsche Bank Securities Inc.* |