Request **GRANTED**. Plaintiffs' motion to seal the unredacted
Memorandum of Law in Opposition to Defendants' Motion to
Dismiss (Dkt. No. 69) is hereby **GRANTED**. A redacted version of
the Memorandum of Law shall remain on the public docket.

**SO ORDERED.**

7 December 2023

DATE                                    VICTOR MARRERO, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __12/7/23__

December 6, 2023

**VIA ECF**

Honorable Victor Marrero
United States District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007
Email: ChambersNYSDMarrero@nysd.uscourts.gov

     Re:   *Ohio Carpenters' Pension Fund, et al. v. Deutsche Bank, et al., No. 1:22-cv-10462-VM (S.D.N.Y.)*

Dear Judge Marrero:

     We write as Interim Co-Lead Counsel on behalf of Plaintiffs in the above-captioned action. Pursuant to Rule II.H of Your Honor's Individual Practices, we respectfully request leave to file under seal Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss (the "Opposition"). The Opposition has been filed electronically under seal (with highlighted proposed redactions), and a redacted version of the Opposition has been filed on the public docket.

     Plaintiffs seek redaction of the Opposition because it quotes and discusses portions of Plaintiffs' Second Amended Complaint that the Court has previously ordered sealed. *See* ECF No. 60; *see also* ECF No. 59, ¶¶9, 155-67.

     We are available to discuss these matters at the Court's convenience.

                         Respectfully submitted,

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

s/ *Kristen Anderson*
Kristen Anderson
Scott+Scott Attorneys at Law LLP
230 Park Avenue, 17th Floor
New York, NY 10169
Email:  kanderson@scott-scott.com

**DICELLO LEVITT LLC**

s/ *Gregory S. Asciolla*
Gregory S. Asciolla
485 Lexington Avenue, Suite 1001
New York, NY 10017
Email:  gasciolla@dicellolevitt.com

**LOWEY DANNENBERG, P.C.**

s/ *Vincent Briganti*
Vincent Briganti
44 South Broadway, Suite 1100
White Plains, NY 10601
Email:  vbriganti@lowey.com

**BERMAN TABACCO**

s/ *Todd Seaver*
Todd Seaver
425 California Street, Suite 2300
San Francisco, CA 94104
Email:  tseaver@bermantabacco.com

*Co-Lead Counsel*