# MEMO ENDORSED

February 21, 2024

**VIA ECF**

Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square, Courtroom 619
New York, NY 10007

> Plaintiffs' motion to seal the unredacted letter response is granted.
> SO ORDERED.
>
> *[signature]*
>
> Edgardo Ramos, U.S.D.J.
> Dated: February 22, 2024
> New York, New York

Re: *Ohio Carpenters' Pension Fund, et al. v. Deutsche Bank, et al.*, No. 1:22-cv-10462-ER (S.D.N.Y.)

Dear Judge Ramos:

We write as counsel on behalf of Plaintiffs in the above-captioned action. Pursuant to Paragraph 3(ii) of Your Honor's Individual Practices, we respectfully request leave to file under seal Plaintiffs' letter response to Defendants' February 7, 2024 notice of supplemental authority ("NOSA"). *See* ECF No. 76. The letter response has been filed electronically under seal (with highlighted proposed redactions), and a redacted version of the NOSA has been filed on the public docket.

Plaintiffs seek redaction of the letter response because it quotes and discusses portions of Plaintiffs' Second Amended Complaint that the Court has previously ordered sealed. *See* ECF No. 60; *see also* ECF No. 59, ¶¶9, 155-67.

We are available to discuss these matters at the Court's convenience.

Respectfully submitted,

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

s/ *Kristen Anderson*
Kristen Anderson
230 Park Avenue, 17th Floor
New York, NY 10169
Email: kanderson@scott-scott.com

**DICELLO LEVITT LLP**

s/ *Gregory S. Asciolla*
Gregory S. Asciolla
485 Lexington Avenue, Suite 1001
New York, NY 10017
Email: gasciolla@dicellolevitt.com

**LOWEY DANNENBERG, P.C.**

s/ *Vincent Briganti*
Vincent Briganti
44 South Broadway, Suite 1100
White Plains, NY 10601
Email: vbriganti@lowey.com

**BERMAN TABACCO**

s/ *Todd Seaver*
Todd Seaver
425 California Street, Suite 2300
San Francisco, CA 94104
Email: tseaver@bermantabacco.com

*Co-Lead Counsel*