UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OHIO CARPENTERS' PENSION FUND, ELECTRICAL WORKERS PENSION FUND LOCAL 103 I.B.E.W., and SAN BERNARDINO COUNTY EMPLOYEES' RETIREMENT ASSOCIATION,<br><br>　　　　　　　　　　Plaintiffs,<br><br>– *against* –<br><br>DEUTSCHE BANK AG, DEUTSCHE BANK SECURITIES INC., COOPERATIEVE RABOBANK U.A. (f/k/a COOPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK U.A.), and RABO SECURITIES USA, INC.,<br><br>　　　　　　　　　　Defendants. | Case No. 1:22-cv-10462-ER |

## STIPULATION OF DISMISSAL

WHEREAS, Ohio Carpenters' Pension Fund, Electrical Workers Pension Fund Local 103 I.B.E.W., and San Bernardino County Employees' Retirement Association ("Plaintiffs") filed the above-captioned action (the "Action") against Deutsche Bank AG, Deutsche Bank Securities Inc., Coöperatieve Rabobank U.A. (f/k/a Coöperatieve Centrale Raiffeisen-Boerenleenbank U.A.), and Rabo Securities USA, Inc. ("Defendants") on December 9, 2022;

WHEREAS, Plaintiffs filed an Amended Complaint on May 3, 2023 and a Second Amended Complaint ("SAC") on October 6, 2023;

WHEREAS, Defendants moved to dismiss the SAC on November 6, 2023;

WHEREAS, on August 26, 2024, the Court entered an order (the "Order") dismissing Plaintiffs' claim against all Defendants for failure to state a claim and instructing Plaintiffs "to inform the Court within twenty-one days of this Order whether they have cause to amend the SAC, or the case will be closed." (Order at 25, ECF No. 86);

1

WHEREAS, following the Court's order, Plaintiffs and Defendants agreed that Plaintiffs would not amend their complaint, seek reconsideration of the Court's Order, or appeal the Court's Order and that each side would bear its own costs;

NOW, THEREFORE, PLAINTIFFS AND DEFENDANTS HEREBY STIPULATE AND AGREE THAT:

1. Plaintiffs will not amend their complaint, seek reconsideration of the Court's Order or appeal the Court's Order or any judgment issued in this Action;

2. The Action and Plaintiffs' claim asserted in it shall be dismissed with prejudice; and

3. All parties will bear their own costs and will not seek to recover costs from each other.

The Parties respectfully request that judgment be issued in favor of Defendants and the case be closed.

Dated: September 10, 2024

**SCOTT + SCOTT ATTORNEYS AT LAW LLP**

_____
Kristen Anderson
230 Park Avenue, 17th Floor
New York, NY 10169
kanderson@scott-scott.com

**DICELLO LEVITT LLP**

_____
Gregory S. Asciolla
485 Lexington Avenue, Suite 1001
New York, NY 10017
gasciolla@dicellolevitt.com

**MILBANK LLP**

_____
David R. Gelfand
Andrew B. Lichtenberg
55 Hudson Yards
New York, New York 10001-2163
(212) 530-5000
dgelfand@milbank.com
alichtenberg@milbank.com

*Attorneys for Coöperatieve Rabobank U.A. and Rabo Securities USA, Inc.*

**SIMPSON THACHER & BARTLETT**

_____
John F. Terzaken
900 G Street, NW
Washington, DC 20001
Telephone: (202) 636-5500

WHEREAS, following the Court's order, Plaintiffs and Defendants agreed that Plaintiffs would not amend their complaint, seek reconsideration of the Court's Order, or appeal the Court's Order and that each side would bear its own costs;

NOW, THEREFORE, PLAINTIFFS AND DEFENDANTS HEREBY STIPULATE AND AGREE THAT:

1. Plaintiffs will not amend their complaint, seek reconsideration of the Court's Order or appeal the Court's Order or any judgment issued in this Action;

2. The Action and Plaintiffs' claim asserted in it shall be dismissed with prejudice; and

3. All parties will bear their own costs and will not seek to recover costs from each other.

The Parties respectfully request that judgment be issued in favor of Defendants and the case be closed.

Dated: September 10, 2024

**SCOTT + SCOTT ATTORNEYS AT LAW LLP**

Kristen Anderson
230 Park Avenue, 17th Floor
New York, NY 10169
kanderson@scott-scott.com

**DICELLO LEVITT LLP**

*/s/ Gregory Asciolla*
Gregory S. Asciolla
485 Lexington Avenue, Suite 1001
New York, NY 10017
gasciolla@dicellolevitt.com

**MILBANK LLP**

David R. Gelfand
Andrew B. Lichtenberg
55 Hudson Yards
New York, New York 10001-2163
(212) 530-5000
dgelfand@milbank.com
alichtenberg@milbank.com

*Attorneys for Coöperatieve Rabobank U.A. and Rabo Securities USA, Inc.*

**SIMPSON THACHER & BARTLETT**

John F. Terzaken
900 G Street, NW
Washington, DC 20001
Telephone: (202) 636-5500

WHEREAS, following the Court's order, Plaintiffs and Defendants agreed that Plaintiffs would not amend their complaint, seek reconsideration of the Court's Order, or appeal the Court's Order and that each side would bear its own costs;

NOW, THEREFORE, PLAINTIFFS AND DEFENDANTS HEREBY STIPULATE AND AGREE THAT:

1. Plaintiffs will not amend their complaint, seek reconsideration of the Court's Order or appeal the Court's Order or any judgment issued in this Action;

2. The Action and Plaintiffs' claim asserted in it shall be dismissed with prejudice; and

3. All parties will bear their own costs and will not seek to recover costs from each other.

The Parties respectfully request that judgment be issued in favor of Defendants and the case be closed.

Dated: September 10, 2024

**SCOTT + SCOTT ATTORNEYS AT LAW LLP**

_____
Kristen Anderson
230 Park Avenue, 17th Floor
New York, NY 10169
kanderson@scott-scott.com

**DICELLO LEVITT LLP**

_____
Gregory S. Asciolla
485 Lexington Avenue, Suite 1001
New York, NY 10017
gasciolla@dicellolevitt.com

**MILBANK LLP**

_/s/ David R. Gelfand_
David R. Gelfand
Andrew B. Lichtenberg
55 Hudson Yards
New York, New York 10001-2163
(212) 530-5000
dgelfand@milbank.com
alichtenberg@milbank.com

*Attorneys for Coöperatieve Rabobank U.A. and Rabo Securities USA, Inc.*

**SIMPSON THACHER & BARTLETT**

_____
John F. Terzaken
900 G Street, NW
Washington, DC 20001
Telephone: (202) 636-5500

WHEREAS, following the Court's order, Plaintiffs and Defendants agreed that Plaintiffs would not amend their complaint, seek reconsideration of the Court's Order, or appeal the Court's Order and that each side would bear its own costs;

NOW, THEREFORE, PLAINTIFFS AND DEFENDANTS HEREBY STIPULATE AND AGREE THAT:

1. Plaintiffs will not amend their complaint, seek reconsideration of the Court's Order or appeal the Court's Order or any judgment issued in this Action;

2. The Action and Plaintiffs' claim asserted in it shall be dismissed with prejudice; and

3. All parties will bear their own costs and will not seek to recover costs from each other.

The Parties respectfully request that judgment be issued in favor of Defendants and the case be closed.

Dated: September 10, 2024

| | |
|---|---|
| **SCOTT + SCOTT ATTORNEYS AT LAW LLP** | **MILBANK LLP** |
| _____ | _____ |
| Kristen Anderson | David R. Gelfand |
| 230 Park Avenue, 17th Floor | Andrew B. Lichtenberg |
| New York, NY 10169 | 55 Hudson Yards |
| kanderson@scott-scott.com | New York, New York 10001-2163 |
| | (212) 530-5000 |
| **DICELLO LEVITT LLP** | dgelfand@milbank.com |
| | alichtenberg@milbank.com |
| _____ | |
| Gregory S. Asciolla | *Attorneys for Coöperatieve Rabobank U.A. and Rabo Securities USA, Inc.* |
| 485 Lexington Avenue, Suite 1001 | |
| New York, NY 10017 | **SIMPSON THACHER & BARTLETT** |
| gasciolla@dicellolevitt.com | |
| | _____ |
| | John F. Terzaken |
| | 900 G Street, NW |
| | Washington, DC 20001 |
| | Telephone: (202) 636-5500 |

2

<div style="display: flex;">

**LOWEY DANNENBERG, P.C.**

*/s/ Vincent Briganti*
_____
Vincent Briganti
44 South Broadway, Suite 1100
White Plains, New York 10601
vbriganti@lowey.com

**BERMAN TABACCO**

_____
Todd Seaver
425 California Street, Suite 2300
San Francisco, CA 94104
tseaver@bermantabacco.com

*Attorneys for Plaintiffs Ohio Carpenters' Pension Fund, San Bernardino County Employees' Retirement Association, Electrical Workers Pension Fund Local 103 I.B.E.W.*

Facsimile: (202) 636-5502
john.terzaken@stblaw.com

**SIMPSON THACHER & BARTLETT**

_____
Joshua H. Hazan
425 Lexington Avenue
New York, NY, 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
Joshua.Hazan@stblaw.com

*Attorneys for Deutsche Bank AG and Deutsche Bank Securities Inc.*

</div>

LOWEY DANNENBERG, P.C.

---

Vincent Briganti
44 South Broadway, Suite 1100
White Plains, New York 10601
vbriganti@lowey.com

BERMAN TABACCO

---

Todd Seaver
425 California Street, Suite 2300
San Francisco, CA 94104
tseaver@bermantabacco.com

*Attorneys for Plaintiffs Ohio Carpenters' Pension Fund, San Bernardino County Employees' Retirement Association, Electrical Workers Pension Fund Local 103 I.B.E.W.*

Facsimile: (202) 636-5502
john.terzaken@stblaw.com

SIMPSON THACHER & BARTLETT

---

Joshua H. Hazan
425 Lexington Avenue
New York, NY, 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
Joshua.Hazan@stblaw.com

*Attorneys for Deutsche Bank AG and Deutsche Bank Securities Inc.*