UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OHIO CARPENTERS' PENSION FUND, ELECTRICAL WORKERS PENSION FUND LOCAL 103 I.B.E.W., and SAN BERNARDINO COUNTY EMPLOYEES' RETIREMENT ASSOCIATION,<br><br>Plaintiffs,<br><br>– *against* –<br><br>DEUTSCHE BANK AG, DEUTSCHE BANK SECURITIES INC., COOPERATIEVE RABOBANK U.A. (f/k/a COOPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A.), and RABO SECURITIES USA, INC.,<br><br>Defendants. | Case No. 1:22-cv-10462-ER |

## [PROPOSED] ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiffs Ohio Carpenters' Pension Fund, Electrical Workers Pension Fund Local 103 I.B.E.W., and San Bernardino County Employees' Retirement Association ("Plaintiffs") and Defendants Deutsche Bank AG, Deutsche Bank Securities Inc., Coöperatieve Rabobank U.A. (f/k/a Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A.), and Rabo Securities USA, Inc. ("Defendants," and together with Plaintiffs, the "Parties") have stipulated and agreed that:

1. Plaintiffs will not amend their complaint, seek reconsideration of the Court's Order (ECF No. 86) or appeal the Court's Order or any judgment issued in this Action;

2. The Action and Plaintiffs' claim asserted in it shall be dismissed with prejudice; and

3. All parties will bear their own costs and will not seek to recover costs from each other.

The Court hereby enters judgment in favor of Defendants and hereby ORDERS that this case be dismissed with prejudice and the case be closed.

DATED: ___September 11___, 2024.

_____
Edgardo Ramos, U.S.D.J.